FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA WEBSTER and MARK WEBSTER, individually, and the marital community comprised thereof,<br><br>     Plaintiffs,<br><br> v.<br><br>SPOKANE HOUSING VENTURE, LLC, a Washington corporation; and FRED PECK and JANE DOE PECK, individually, and the marital community comprised thereof,<br><br>     Defendants. | NO: 2:17-CV-166-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulation for Entry of Order of Dismissal with Prejudice, ECF No. 55. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulation for Entry of Order of Dismissal with Prejudice, **ECF No. 55**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** February 7, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge